Certificate Number: 13858-MD-DE-038708045

Bankruptcy Case Number: 24-14662



13858-MD-DE-038708045

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 27, 2024, at 2:48 o'clock AM EDT, Khadijah A. Muse completed a course on personal financial management given by internet by MoneySharp Credit Counseling Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of Maryland.

Date:  July 27, 2024

By:  /s/Tyler D Sanders

Name:  Tyler D Sanders

Title:  Counselor